UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-0076-MKD-1 |
|---|---|
| Plaintiff, | CRIMINAL MINUTES |
| vs. | DATE: 9/27/2023 |
| GEOFFREY WAYNE REYNOLDS, | LOCATION: Spokane |
| Defendant. | INITIAL APPEARANCE/ARRAIGNMENT AND PRETRIAL DIVERSION HEARING |

JUDGE MARY K DIMKE

| Linda Hansen | | | Kim Allen |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Dan Fruchter | | Nicholas V Vieth | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                                    [ X ] Probation:  Shane Moore

Defendant is present with counsel and not in custody.

The Defendant confirmed his true and correct name.  The Court advised the Defendant of the charges filed against him and of the associated possible penalties.  The Court will enter a guilty plea on the Defendant's behalf.  The Court engaged the Defendant in a colloquy regarding his right to have his case go before the Grand Jury and accepted the Defendant's Waiver of Indictment.

A signed Pretrial Diversion Agreement was provided to the Court. The Defendant was given an oath to tell the truth.  The Court engaged the Defendant in a colloquy regarding his knowledge and understanding of the Pretrial Diversion Agreement; and that he waived his speedy trial rights.  The Court found that the Defendant knowingly and voluntarily entered into the agreement. The Court endorsed the Pretrial Diversion Agreement and directed it be filed.

The Court set a status conference for **October 14, 2026, at 11:00 a.m. in Spokane**.

| CONVENED: 10:14 AM | ADJOURNED: 10:32 AM | TIME: 18 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|