AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 27 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| United States of America <br> v. <br> Geoffrey Reynolds <br> *Defendant* | ) ) Case No. CR-00076-MKD ) ) ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/27/2023

× _[signature]_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Nicolas V Vieth
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

Mary K. Dimke, U.S. District Judge
*Judge's printed name and title*

_____
*Interpreter Signature*

_____
*Printed name of Interpreter*